UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TARIK JAAFAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-1714-MSN-LRV |
| FCI PETERSBURG, et al., | ) ) ) |
| Defendants. | ) |

### DECLARATION OF JONATHAN BENIMANA

I, JONATHAN BENIMANA, do hereby declare as follows:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as a Paralegal Specialist, at the Federal Correctional Complex in Butner, North Carolina ("FCC Butner"). Our office processes all administrative tort claims arising out of FCC Butner and the Federal Correctional Complex in Petersburg, Virginia ("FCC Petersburg").

2. Pursuant to my official duties, I have access to official BOP records pertaining to individuals presently or previously confined at BOP institutions. Those records, which are used in the ordinary course of BOP operations, include the BOP's SENTRY computer database, which tracks the status and activities of BOP inmates while in federal custody, and records contained in the official files of former federal inmate Tarik Jaafar, Register Number 83825-053.

3. Mr. Jaafar was previously designated to the Federal Correctional Institution – Low in Petersburg, Virginia ("FCI Petersburg Low") from June 30, 2022, through September 28, 2022.

4. Pursuant to the Federal Tort Claims Act ("FTCA"), an administrative tort claim must be submitted, in writing to the appropriate federal agency, within two years after the claim

accrues. All administrative claims received by the BOP are entered into an electronic tracking system called Content Manager. As a Paralegal Specialist at FCC Butner, I have access to the BOP's Content Manager system, including all files and records maintained regarding the filing of an administrative tort claim.

5. I have conducted a search of Content Manager and have been unable to locate any record of administrative tort claims filed with the BOP by or concerning former inmate Tarik Jaafar, Register Number 83825-053.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of August 2025.

Jonathan Benimana
Paralegal Specialist
FCC Butner
Butner, North Carolina